

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ahmed Hassan,                                    * From the 70th District Court
                                                   of Ector County,
                                                   Trial Court No. A-22-06-0666-CV.

Vs. No. 11-23-00009-CV                           * April 6, 2023

Castle Ridge Estates Property Owners'            * Per Curiam Memorandum Opinion
Association of Odessa, Inc.,                        (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Ahmed Hassan.